IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2017

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| **TATONKA CAPITAL CORPORATION** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION 16-CV-01141-MSK-NYW |
| v. ) | |
| ) | |
| **MICHAEL CONNELLY, DAWN** ) | |
| **EIDELMAN AND GENE EIDELMAN** ) | |
| ) | |
| Defendants. | |

**DEFENDANT MICHAEL CONNELLY'S CROSS-MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF TATONKA CAPITAL CORPORATION**

For the reasons set forth in his brief in response to Plaintiff's Motion for Summary Judgment, and his affidavit submitted herein, Defendant Michael Connelly respectfully moves for summary judgment dismissing, with prejudice, plaintiff's claim herein.

Dated this 27th day of November, 2017.

Michael J. Connelly
425 Riverside Drive – Apt. 4K
New York, New York 10025.
Telephone: (917) 894-6304
Email: michaeljconnellynyc@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, November 27, 2017, I filed the foregoing Answer and Counterclaim with the Clerk of the Court mailing a copy thereof by overnight delivery to:

Clerk of the Court
United States District Court
901 19th Street
Denver, CO 80294-3589

I served copies thereof on the parties by e-mailing copies to:

Denis H. Mark, Esq.
dmark@hamiltonfaatz.com

Reed F. Morris, Esq.
**rmorris@mlmw-law.com**

Gene Eidelman
gene.eidelman@gmail.com

Dawn Eidelman
ddeidelman@gmail.com